UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIA XING WANG, | ) | Case No. 08-7332 TJH(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ERIC H. HOLDER, JR., et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody is denied and this action is dismissed without prejudice.

DATED: September 21, 2009

_____
HONORABLE TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE